UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:24-00455 ADS                                    Date:  July 12, 2024

Title:  *Theresa Brooke v. The Kagehiro Company LLC*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 23, 2024, Plaintiff Theresa Brooke filed a Notice of Settlement with the Court without indicating when she would file a dismissal.  (Dkt. No. 8.)  On July 3, 2024, the Court ordered that Plaintiff "file a dismissal no later than July 10, 2024." (Dkt. No. 9.)  However, as of July 12, 2024, Plaintiff still had not filed a dismissal.

**By no later than July 17, 2024,** the parties are **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed pursuant to the Notice of Settlement and for failure to follow court orders.  The parties may respond to this Order by filing a notice of dismissal.

**IT IS SO ORDERED.**

Initials of Clerk kh